586

702 A.2d 359

Maryann Douglas LAMAR and Nathaniel
Lamar, her husband, Petitioners,

v.

Conrad T. FRAIDER, D.O., Suburban General
Hospital and Acromed, Inc., Respondents.

Supreme Court of Pennsylvania.

Oct. 29, 1997.

Alan M. Feldman, Philadelphia, for petitioner.

## ORDER

PER CURIAM:

AND NOW, this 29th day of October, 1997, the Petition for Allowance of Appeal is GRANTED. This matter is REMANDED to the trial court for further proceedings in accordance with this Court's recent decision in *Cheeseman v. Lethal Exterminator, Inc.*, 549 Pa. 200, 701 A.2d 156 (1997).